## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| | 2:24-cr-00570-WLH |
| Plaintiff(s) | |
| v. | **ORDER ON** |
| CLAIRE PATRICIA HAVILAND, et al., ZACHARY S. WINTERS (9) | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM   ☐ AD TESTICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testicandum be issued to secure the appearance of:

Name of Detainee:    ZACHARY S. WINTERS

Alias:

on ___March 13, 2025___ at __1:30 p.m.__ before Judge/Magistrate Judge ___Castillo, Duty Magistrate Judge___
      *(Date of Appearance)*          (Time)

Dated: _____        _____

                                   **U.S. District Judge/U.S. Magistrate Judge**